UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| WENDY GASPARD AND KEVIN GASPARD | PLAINTIFFS |
| AMERICAN HOME MORTGAGE CORP. | INTERVENOR PLAINTIFF |
| V. | CIVIL ACTION NO. 1:06cv610-LTS-RHW |
| RIMKUS CONSULTING GROUP, INC., | DEFENDANT/CROSS CLAIMANT |
| THOMAS E. HEIFNER, P.E., INDIVIDUALLY, GARY L. BELL, INDIVIDUALLY, AND | DEFENDANTS |
| STATE FARM FIRE AND CASUALTY COMPANY | DEFENDANT/CROSS DEFENDANT |

## ORDER

Intervenor Plaintiff American Home Mortgage Corp. has filed a [62] Motion to Attend Mediation Through Telephonic Participation. Its counsel has clarified the request by explaining that he will personally attend the scheduled mediation held pursuant to this Court's [57] Order. Because of the intervenor's limited involvement in this cause of action, this particular relief is well taken, subject to counsel for intervenor personally attending the mediation and having a company representative with settlement authority available by phone during the entire course of the mediation. All other parties and their counsel shall personally attend the mediation in accordance with the Court's [57] Order.

Accordingly, **IT IS ORDERED**:

Intervenor Plaintiff's [62] Motion to Attend Mediation Through Telephonic Participation is **GRANTED**.

**SO ORDERED** this the 5th day of February, 2007.

s/ *L. T. Senter, Jr.*
L. T. Senter, Jr.
Senior Judge